**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7705**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

GERARD VALMORE BROWN,

                                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (CR-93-281, CA-97-938-6-20AK)

———————————

Submitted:  July 30, 1998          Decided:  August 14, 1998

———————————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Gerard Valmore Brown, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), and denying his motion for reconsideration. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Brown, Nos. CR-93-281; CA-97-938-6-20AK (D.S.C. July 18, 1997 & Aug 6, 1997); see Rule 9(a), Rules Governing Section 2255 Proceedings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2